Judge Burgess

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>ex rel. ROGER AND TRESHA BALDWIN,<br><br>Relators,<br><br>v.<br><br>STAR PHYSICAL THERAPY PLC and<br>NANCY WONG and "JOHN DOE" WONG<br>husband and wife,<br><br>Defendants. | NO.  C02-5410-FDB<br><br>**FILED IN CAMERA**<br>and<br>**UNDER SEAL** |

**ORDER**

The United States has filed a Notice of Intervention in this case, and has moved to unseal the case. The Court having duly considered the matter, and good cause appearing therefor, it is hereby **ORDERED** that the complaint in this case shall be unsealed for all purposes.

DATED this 22nd day of June 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

 s/Peter Winn
PETER A. WINN
Assistant United States Attorney

ORDER - (C02-5410FDB) - 1
**FILED UNDER SEAL**

UNITED STATES ATTORNEY
700 Stewart Street
Seattle, Washington 98101
(206) 553-7970