Judge Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>ex rel. ROGER AND TRESHA BALDWIN,<br><br>Plaintiffs,<br><br>v.<br><br>STAR PHYSICAL THERAPY PLLC and<br>NANCY WONG and "JOHN DOE" WONG<br>husband and wife,<br><br>Defendants. | NO.   C02-5410-RBL<br><br>**STIPULATION OF DISMISSAL** |

Plaintiffs in the above-captioned action, having reached a settlement of the action with Defendants, hereby stipulate, pursuant to Fed. R. Civ. P. 41(1)(1), as follows:

1. Relators Roger and Tresha Baldwin agree to the permanent dismissal, with prejudice and without attorney's fees or costs, of all claims against all Defendants;

2. Plaintiff United States, pursuant to Fed. R. Civ. P.41(a)(1), agrees to the dismissal, without prejudice, of all claims against all Defendants; and

3. Relators Roger and Tresha Baldwin agree and confirm that the settlement of this matter reached by the parties is fair and adequate, and reasonable under all the circumstances pursuant to 31 U.S.C. § 3730(c)(2)(B).

STIPULATION OF DISMISSAL
(C02-5410-RBL) - Page 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 18th day of November, 2005.

**AGREED**

| | |
|---|---|
| WILLIAM L. CAMERON | JOHN McKAY<br>UNITED STATES ATTORNEY |
| By: s/William L. Cameron<br>　　Attorney for Relators<br>　　Roger and Tresha Baldwin | By: s/Peter Winn<br>　　PETER A, WINN<br>　　Assistant U.S. Attorney<br>　　For the United States of America |
| HAROLD MALKIN | |
| By: s/Harold Malkin<br>　　Attorney for Defendants | |

**IT IS SO ORDERED:**

Dated:_____

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

STIPULATION OF DISMISSAL
(C02-5410-RBL) - Page 2