02-CV-05410-STIP

Judge Leighton



FILED _____ LODGED
_____ RECEIVED
NOV 1 8 2005
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,  )
ex rel. ROGER AND TRESHA BALDWIN,  )
)   NO.   C02-5410-RBL
Plaintiffs,  )
)
v.  )   **STIPULATION OF**
)   **DISMISSAL**
STAR PHYSICAL THERAPY PLLC and  )
NANCY WONG and "JOHN DOE" WONG  )
husband and wife,  )
)
Defendants.  )

Plaintiffs in the above-captioned action, having reached a settlement of the action with Defendants, hereby stipulate, pursuant to Fed. R. Civ. P. 41(1)(1), as follows:

1. Relators Roger and Tresha Baldwin agree to the permanent dismissal, with prejudice and without attorney's fees or costs, of all claims against all Defendants;

2. Plaintiff United States, pursuant to Fed. R. Civ. P.41(a)(1), agrees to the dismissal, without prejudice, of all claims against all Defendants; and

3. Relators Roger and Tresha Baldwin agree and confirm that the settlement of this matter reached by the parties is fair and adequate, and reasonable under all the circumstances pursuant to 31 U.S.C. § 3730(c)(2)(B).

STIPULATION OF DISMISSAL
(C02-5410-RBL) - Page 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 18th day of November, 2005.

**AGREED**

WILLIAM L. CAMERON                    JOHN McKAY
                                      UNITED STATES ATTORNEY


By: s/William L. Cameron              By: s/Peter Winn
    Attorney for Relators                 PETER A. WINN
    Roger and Tresha Baldwin              Assistant U.S. Attorney
                                          For the United States of America


HAROLD MALKIN


By: s/Harold Malkin
    Attorney for Defendants


**IT IS SO ORDERED:**

Dated: November 18, 2005

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

STIPULATION OF DISMISSAL
(C02-5410-RBL) - Page 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970